IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 3:12-1068 Judge Trauger |
| ALLIANCE ELECTRICAL SERVICES, LLC, | ) ) | |
| Defendant. | ) | |

### **O R D E R**

Given the pendency of a Motion for Entry of Default (Docket No. 5), it is hereby

**ORDERED** that the initial case management conference scheduled for December 14, 2012 is

**CONTINUED**, to be reset, if appropriate, by later order of the court.

It is so **ORDERED.**

ENTERED this 6th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge