# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALLIANCE ELECTRICAL SERVICES, LLC, )<br>)<br>Defendant. ) | Case No. 3:12-1068<br>Judge Trauger |

## **O R D E R**

Given the pendency of a Motion for Entry of Default (Docket No. 5), it is hereby

**ORDERED** that the initial case management conference scheduled for December 14, 2012 is

**CONTINUED**, to be reset, if appropriate, by later order of the court.

It is so **ORDERED.**

ENTERED this 6th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge