UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) | |
| | ) | |
| | ) | Civil Action No. 3:12-cv-1068 |
| Plaintiff, | ) | |
| | ) | *Judge Trauger* |
| v. | ) | *Magistrate Judge Brown* |
| | ) | |
| ALLIANCE ELECTRICAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION**

The Southern Electrical Retirement Fund moves the Court to enter an Agreed Order as executed by the parties, and which would have the effect of terminating this civil action. The relief requested by this motion being within the discretion of the Court, a supporting memorandum is not filed.

Respectfully submitted,

s/R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel. (615) 254-8801
Email: jan@branstetterlaw.com