UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ALLIANCE ELECTRICAL SERVICES, INC., | ) ) |
| Defendant. | ) |

Civil Action No. 3:12-cv-1068

*Judge Trauger*
*Magistrate Judge Brown*

## AGREED ORDER

It appearing to the satisfaction of the Court, as evidenced by signatures on behalf of the respective parties, the parties have agreed upon a settlement and compromise of this action, this civil action is dismissed, and the preliminary injunction (Docket Entry no. 13) is hereby converted to a permanent injunction. The Defendant Alliance Electrical Services, Inc. is permanently enjoined to conform its conduct to 29 U.S.C. § 1145 and is required to pay contributions and submit reports on a timely basis in the future.

The Clerk is directed to administratively close this case.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge

{001125/12488/00283183.DOCX / Ver.1}

APPROVED FOR ENTRY:

_____
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
Email: jan@branstetterlaw.com


_____
Bryan Mozingo
Alliance Electrical Services, LLC
235 Dabney Lane
Lake City, TN 37769
Tel.: (865) 498-0233

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via United States First Class Mail with adequate postage affixed thereon to the following:

> Alliance Electrical Services, LLC
> c/o Bryan Mozingo, Reg. Agent
> 235 Dabney Lane
> Lake City, TN 37769

This 9th day of April, 2013.

              s/R. Jan Jennings
              R. Jan Jennings